185 So. 922

**Earnest HAYWOOD v. STATE.**

6 Div. 269.

Court of Appeals of Alabama.
Dec. 20, 1938.

Bealle & Mize, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

186 So. 919

**Tom HEAD v. CITY OF BIRMINGHAM.**

6 Div. 374.

Court of Appeals of Alabama.
Jan. 24, 1939.

SAMFORD, Judge.
Appeal dismissed on motion of appellant.

176 So. 922

**B. J. HEATH v. STATE.**

4 Div. 358.

Court of Appeals of Alabama.
Nov. 9, 1937.

SAMFORD, Judge.
Affirmed.

184 So. 915

**B. J. HEATH v. STATE.**

4 Div. 435.

Court of Appeals of Alabama.
Nov. 22, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

184 So. 915

**Clarence HEATH v. STATE.**

7 Div. 393.

Court of Appeals of Alabama.
Oct. 10, 1938.

Graves Embry, of Talladega, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

189 So. 920

**Wash HEMBREE v. STATE.**

6 Div. 417.

Court of Appeals of Alabama.
May 9, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.